IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK M. LLOYD, #112684, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-0827-TMH |
| | )             WO |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objections (Docs. #43 and #44) to the Recommendation of the Magistrate Judge filed on August 6, 2012 and September 4, 2012 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #42) filed on July 23, 2012 is adopted;

3. The defendants' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice.

DONE this the 6th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE